**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 518 EAL 2021

           Respondent                    :

                                      :   Petition for Allowance of Appeal
                                      :   from the Order of the Superior Court

           v.                             :

                                      :

NIEEM THOMAS,                        :

           Petitioner                    :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 13th day of April, 2022, the Petition for Allowance of Appeal is **DENIED**.